AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

JAMES R. HART
1 Moses Lane
Essex, MA

**CRIMINAL COMPLAINT**

CASE NUMBER: 04M-1045-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June and July 2003__ in __Essex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

having devised a scheme or artifice to defraud or to obtain money or property by means of false or fraudulent pretenses, representation or promises, transmit or cause to be transmitted by means of wire in interstate commerce a writing, sign, signal, picture or sound for the purpose of executing such scheme or artifice

in violation of Title __18__ United States Code, Section(s) __1343__.

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
                        Official Title

See Attached Affidavit of Kimberly A. Dowd

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

03-16-2004                                              at        Boston, Massachusetts
Date                                                                  City and State

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE                    Judith Gail Dein
Name & Title of Judicial Officer                              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.